IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY ST. MARTINE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KEYSTONE FREIGHT | : | |
| CORPORATION, NATIONAL RETAIL | : | |
| SYSTEM, INC., and INTERNATIONAL | : | |
| LONGSHOREMEN'S ASSOCIATION | : | |
| UNION, LOCAL 1964 | : | No. 10-1048 |

**Norma L. Shapiro, J.**            February 28, 2012

### ORDER

AND NOW, this 28th day of February, 2012, upon consideration of defendants Keystone Freight Corporation's and National Retail System, Inc.'s Motion for Summary Judgment (paper no. 54), defendant International Longshoremen's Association Union, Local 1964's Motion for Summary Judgment (paper no. 61), plaintiff Anthony St. Martine's Opposition to Defendants' Motions for Summary Judgment (paper no. 65), defendants Keystone Freight Corporation's and National Retail System, Inc.'s Application for Fees and Costs (paper no. 77), defendant International Longshoremen's Association Union, Local 1964's Petition for Expenses Incurred (paper no. 76), plaintiff's Opposition to Applications for Fees and Costs (paper no. 78), plaintiff's Motion for Leave to File an Amended Pleading (paper no. 82), and defendants Keystone's and NRS's Opposition to Plaintiff's Motion for Leave to File an Amended Pleading (paper no. 88), for the reasons stated in the attached memorandum of today's date, it is **ORDERED** that:

     1. Defendants Keystone Freight Corporation's and National Retail System, Inc.'s Motion for Summary Judgment (paper no. 54) is **GRANTED**.

     2. Defendant International Longshoremen's Association Union, Local 1964's Motion for Summary Judgment (paper no. 61) is **GRANTED**.

     3. Defendants Keystone Freight Corporation's and National Retail System, Inc.'s Application for Fees and Costs (paper no. 77) is **DENIED**.

     4. Defendant International Longshoremen's Association Union, Local 1964's Petition for Expenses Incurred (paper no. 76) is **DENIED**.

5. Plaintiff's Motion for Leave to File an Amended Pleading (paper no. 82) is **DENIED**.

/s/ Norma L. Shapiro

J.